

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2021

No. 04-21-00027-CV

**SOUTHEAST SNF, LLC** d/b/a Southeast Nursing Rehabilitation Center and Advanced HCS LLC,
Appellants

v.

Delia **JARAMILLO**, Individually and on Behalf of the Estate of Catalina Romero, Deceased,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-13707
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order denying appellants' motion to dismiss appellee's health care liability claim. On February 10, 2021, appellants filed a motion for temporary relief asking this court to stay discovery in the underlying suit pending resolution of this appeal; appellee filed a response. A review of the clerk's record shows that on February 2, 2021, the trial court ordered the production of certain discovery requests by Monday, February 15, 2021.

After consideration, we **GRANT IN PART** appellants' motion and **ORDER** the trial court's February 2, 2021 order requiring the production of certain discovery materials by February 15, 2021 **STAYED** pending further order of this court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2021.



Michael A. Cruz,
Clerk of Court